IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LAKHRAJ MANOHAR                                                        PLAINTIFF

v.                              No. 3:14-cv-255-DPM

E. JOHNSON, Jonesboro Police Officer; and
STONE, Jonesboro Police Officer                                        DEFENDANTS

## ORDER

Manohar, formerly an inmate at the Craighead County Detention Facility, filed this lawsuit pro se under 42 U.S.C. § 1983. He neither filed a complete *in forma pauperis* application nor paid the statutory filing fee.

The Court directs the Clerk to send Manhoar an *in forma pauperis* application with a copy of this Order. Manohar must return the completed application, including an accompanying affidavit, or pay the $400.00 filing fee, by 13 March 2015. Otherwise, the lawsuit will be dismissed.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 February 2015