IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LAKHRAJ MANOHAR                                                    PLAINTIFF

v.                              No. 3:14-cv-255-DPM

E. JOHNSON, Jonesboro Police Officer, and
STONE, Jonesboro Police Officer                                    DEFENDANTS

### ORDER

More than a month has passed since the Court ordered Manohar to submit either a complete *in forma pauperis* application or pay the $400 statutory filing fee. № 3. He hasn't done so. The Court warned that it would dismiss Manohar's complaint if he did not comply by 13 March 2015. LOCAL RULE 5.5(c)(2). The Court therefore dismisses Manohar's complaint without prejudice for failure to prosecute.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 June 2015