IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LAKHRAJ MANOHAR                                                          PLAINTIFF

v.                                    No. 3:14-cv-255-DPM

E. JOHNSON, Jonesboro Police Officer, and
STONE, Jonesboro Police Officer                                          DEFENDANTS

JUDGMENT

Manohar's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 June 2015